◯AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

CAMILLO DOUGLAS & LUIS SORIANO

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 8443 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York and Martin F. Horn, Commissioner of the New York City Department of Correction.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 16, 2007 | *[signature]* |
| Date | Signature |
| | Robyn N. Pullio — RP 7777 |
| | Print Name — Bar Number |
| | 100 Church Street, Room 6-305 |
| | Address |
| | New York   NY   10007 |
| | City   State   Zip Code |
| | (212) 788-1090   (212) 788-9776 |
| | Phone Number   Fax Number |