AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

| CAMILLO DOUGLAS& LUIS SORIANO | **APPEARANCE** |

v.

CITY OF NEW YORK, et al.

Case Number: 07 CV 8443 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gregory McLaughlin, Prison Warden of the Robert N. Davoren Center.

I certify that I am admitted to practice in this court.

October 17, 2007
Date

Signature

Robyn N. Pullio
Print Name

RP 7777
Bar Number

100 Church Street, Room 6-305
Address

New York          NY          10007
City          State          Zip Code

(212) 788-1090          (212) 788-9776
Phone Number          Fax Number