AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CAMILLO DOUGLAS& LUIS SORIANO

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 8443 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Correction Officer Joseph Mascia

I certify that I am admitted to practice in this court.

December 21, 2007

Date

Signature

Robyn N. Pullio                              RP 7777

Print Name                                   Bar Number

100 Church Street

Address

New York, N.Y. 10007

City                        State            Zip Code

(212) 788-1090              (212) 788-9776

Phone Number                                 Fax Number