UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROMANO & KUAN PLLC - 1423

CAMILLO DOUGLAS AND LUIS SORIANO

Plaintiff(s)

- against -

CITY OF NEW YORK ET AL

Defendant(s)

Index #: 07 CIV 8443 (LYNCH)

Purchased: September 28, 2007
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LARRY YEE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 2, 2007 at 09:15 AM at

60 HUDSON STREET
NEW YORK, NY 10013

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, JUDGES' RULES on MARTIN F HORN, COMMISSIONER OF THE NYC DEPARTMENT OF CORRECTIONS, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to OFFICER MOORE (SHIELD NO 4650) a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 40 | 6'5 | 260 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

60 HUDSON STREET
NEW YORK, NY 10013

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 2, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: October 2, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**LARRY YEE**

License #: 1159230
Docket #: 507404