
ATTORNEYS at LAW

March 6, 2008

**VIA ECF**

Honorable Gerard E. Lynch
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re: <u>Camillo Douglas and Luis Soriano v. City of New York, et al.</u>, **07 CV 8443 (GEL)**

Your Honor:

  I am counsel for Plaintiffs, Mr. Camillo Douglas and Mr. Luis Soriano. I write with the consent of Defendants' counsel, Ms. Robyn Pullio, Esq., to respectfully request that the date to file amended pleadings and join additional parties be extended 45 days.

  The Civil Case Management Plan indicates that the date to file amended pleadings and join additional parties is March 7, 2008. Ms. Pullio has informed me that Defendant City continues to search for discovery to identify all "John Doe" and other Corrections Officers who were involved in the incident that is the subject of this action.

  In view of the foregoing, we respectfully request the Court grant the within request. Thank you for your consideration.

Respectfully submitted,

Anthony Cecutti (AC 5867)