UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ROMANO & KUAN PLLC - 1423

| | |
|---|---|
| CAMILLO DOUGLAS AND LUIS SORIANO<br><br>                                  Plaintiff(s)<br><br>                - against -<br><br>THE CITY OF NEW YORK ET AL<br><br>                                  Defendant(s) | Index #:<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 23, 2008 at 12:29 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & COMPLAINT on CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MADELYN SANTANA, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 37 | 5'5 | 140 |

Authorized to accept service by Legal Department.

Sworn to me on:  April 23, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **SIEH CLARK**<br>License #: 1187234<br>Docket #: 557726 |