
ATTORNEYS at LAW

July 14, 2008

**Via ECF**
Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Douglas et al v. City of New York, et al.</u>, 07 CV 08443 (GEL)

Your Honor:

    I am an associate at Romano & Kuan, PLLC, counsel for Plaintiffs, Mr. Camillo Douglas and Luis Soriano. I write with the consent of Defendants' counsel, Ms. Robyn Pullio, Esq., to respectfully request that the deadline of July 15, 2008 for fact discovery be extended three months. The parties also request that the Status Conference, currently scheduled for July 25, 2008, be adjourned to a date after the close of discovery.

    The reason for this request is that the parties need additional time to conduct depositions and complete fact discovery. The parties are actively attempting to resolve outstanding discovery issues.

    In view of the foregoing, we respectfully request the Court grant the within request. Thank you for your consideration.

                          Respectfully submitted,

                          Anthony Cecutti (AC-5867)